August 20th, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin, Tx 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 26 2015
Abel Acosta, Clerk

83,750-01

Re: Cause No. 2011F00214
Harper Jr., Willie Lee
Cass County, Linden, Tx

Dear Clerk:

I'm writing because on July 2nd, 2015 I filed an 11.07 Writ of Habeas Corpus in the above mentioned matter with the Cass County Dist. Clerk in Linden, Tx and standard procedure under Article 11.07 of the Texas Code of Criminal Procedure is not being followed. I have not received any response from the Court that my Writ has been filed accordingly and I believe that the Clerk has failed in her duty under Texas Statutes Art. 2.21 to file all papers. Could you please see that this Court follows procedure in my case and/or respond to me on what the status of my 11.07.

Thank you,

Willie Lee Harper, Jr. #1882531
P.O. Box 9000
Henderson, Tx 75653

Willie Lee Harper, Jr.